U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 AUG 25
CLERK OF COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON L. FELTON,

    Defendant.

Case No. 20-CR-147
[18 U.S.C. §§ 922(g)(1) & 924(e)(1)]

---

## INDICTMENT

---

**THE GRAND JURY CHARGES THAT:**

1. On or about February 9, 2020, in the State and Eastern District of Wisconsin,

**BRANDON L. FELTON,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed five firearms which, prior to his possession of them, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as:

    a. A Colt, model New Frontier, .22 caliber revolver, bearing serial number G32819;

    b. A Glock, model 22 Gen 4, .40 caliber pistol, bearing serial number BKXH759;

    c. An Anderson Manufacturing, model AM-15, .223 caliber pistol, bearing serial number 18263864;

    d. A Smith and Wesson, model SD9, 9mm pistol, bearing serial number FZT7769; and

e. A Smith and Wesson, model SW99, 9mm pistol, bearing serial number SAE0343.

3. The defendant is an Armed Career Criminal, having been convicted of the following offenses, all of which were committed on occasions different from one another, and each of which constitutes a violent felony or serious drug offense, as defined in Title 18, United States Code, Section 924(e)(2):

    a. Two counts of Robbery with Use of Force (Judgment entered on or about July 29, 2009, in Milwaukee County Circuit Court Case No. 2008CF004010), each crime punishable by a term exceeding one year; and

    b. Armed Robbery with Threat of Force (Judgment entered on or about January 6, 2011, in Milwaukee County Circuit Case No. 2010CF001424), a crime punishable by a term exceeding one year;

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Brandon L. Felton, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to:

1. A Colt, model New Frontier, .22 caliber revolver, bearing serial number G32819;

2. A Glock, model 22 Gen 4, .40 caliber pistol, bearing serial number BKXH759;

3. An Anderson Manufacturing, model AM-15, .223 caliber pistol, bearing serial number 18263864;

4. A Smith and Wesson, model SD9, 9mm pistol, bearing serial number FZT7769; and

5. A Smith and Wesson, model SW99, 9mm pistol, bearing serial number SAE0343.

A TRUE BILL:

_____
FOREPERSON

Date: 8/25/20

_____
MATTHEW D. KRUEGER
United States Attorney

3